**Kiias STOCKTON, Petitioner-Appellant,**

v.

**Warden FCI WILLIAMSBURG,
Respondent-Appellee,**

and

**United States of America,
FBOP, Respondent.**

No. 17-6414

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2017

Decided: August 18, 2017

Kiias Stockton, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kiias Stockton, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Stockton v. Warden FCI Williamsburg,* No. 4:16-cv-01393-TLW, 2017 WL 784757 (D.S.C. Mar. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*